## Ex parte Wm. M. Hart.

### No. 5362. Decided March 19, 1919.

**Habeas Corpus—Bail—Reduction of amount of Bail.**

Where, upon appeal from a *habeas corpus* proceeding, the amount of bail fixed was excessive, the same is hereby reduced.

Appeal from the Criminal District Court of Harris. Tried below before the Hon. C. W. Robinson, judge.

Appeal from a *habeas corpus* proceeding fixing bail at $15,000 asking reduction thereof.

The opinion states the case.

No brief on file for appellant.

*E. A. Berry*, Assistant Attorney General, for the State.

DAVIDSON, Presiding Judge.—On the trial of a *habeas corpus* relator was allowed bond in the sum of Fifteen Thousand Dollars on a charge of murder. This appeal is for the purpose of securing a reduction of the amount of bail fixed by the trial court.

We have read the statement of facts carefully, in connection also with evidence in regard to ability to give bond. We are of opinion that the court was correct in admitting relator to bail, and that the amount of it is excessive and should be reduced. Without going over or discussing the facts, an order will be made reducing the amount of bail and fixing it in the sum of *Three* Thousand Dollars.

*Bail reduced.*